AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
06/11/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN 11 2020
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

United States of America

v.

ALONSO MENDOZA-LEPE,
aka "Alonzo Hernandez,"
"Alonso Hernandez," and
"Alonzo Mendoza,"

Defendant.

Case No. 2:20-mj-02673

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of February 21, 2020 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(2) | Illegal Alien Found in the United States Following Deportation |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/S/ Carlos G. Ayala
Complainant's signature

Carlos G. Ayala, Deportation Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 6/11/2020

Judge's signature

City and state: Los Angeles, California

Hon. Jacqueline Chooljian, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Carlos G. Ayala, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against ALONSO MENDOZA-LEPE, also known as "Alonzo Hernandez," "Alonso Hernandez," and "Alonzo Mendoza" ("MENDOZA-LEPE"), charging him with violating Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and does not purport to set forth all of my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### II. BACKGROUND OF DEPORTATION OFFICER CARLOS G. AYALA

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since September 2015. I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office. Prior to working for ICE as a DO, I worked as an Immigration Enforcement Agent with ICE since September 2005.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about February 21, 2020, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that MENDOZA-LEPE was arrested and in the custody of the Los Angeles Sheriff's Department ("LASD") in Los

Angeles, California. On or about February 25, 2020, MENDOZA-LEPE was released from LASD custody.

5. Based on my training and experience, I know that a DHS "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject alien for whom the DHS A-File is maintained.

6. On April 20, 2020, I obtained and reviewed DHS A-File A200-711-110, which is maintained for the subject alien "ALONSO MENDOZA-LEPE." The A-File contained the following documents and information:

    a. Photographs of the subject alien to whom DHS A-File A200-711-110 corresponds. I compared the photographs in the A-File to photographs taken at the time of MENDOZA-LEPE's booking into LASD custody on or about February 21, 2020. I thus determined that DHS A-File A200-711-110 and its contents correspond to MENDOZA-LEPE.

    b. One executed Warrant of Removal/Deportation (Form I-205) indicating that MENDOZA-LEPE was officially removed or deported from the United States on or about May 8, 2012. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and excluded from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint. All executed Warrants of Removal/Deportation in MENDOZA-LEPE's DHS A-File contain a photograph, a signature, and fingerprint.

    c. A certified conviction record showing that MENDOZA-LEPE was convicted on or about March 3, 2011, under the name "Alonso Hernandez," of Mayhem, in violation of California Penal Code Section 203, in the Superior Court of the State of California, Los Angeles County, Case Number BA374883, for which MENDOZA-LEPE was sentenced to two years' imprisonment.

    d. Various documents, in addition to the Warrant of Removal/Deportation, indicating that MENDOZA-LEPE is a native and citizen of Mexico. These documents include: (i) one Final Administrative Removal Order, dated May 2, 2012, ordering MENDOZA-LEPE removed to Mexico; and (ii) one Record of Sworn Statement, dated November 21, 2011, in which MENDOZA-LEPE admits he is a native and citizen of Mexico.

    7. On or about May 8, 2020, I reviewed the printouts of the Interstate Identification Index ("III"). Based on my training and experience, I know that the III database tracks and records arrests and convictions of individuals according to an individual's State Identification number or Federal Bureau of Investigation number. The III printouts confirmed that MENDOZA-LEPE had been convicted of the crime reflected on the documents contained in MENDOZA-LEPE's DHS A-File, described above.

    8. On May 8, 2020, I reviewed the printouts of ICE computer indices on MENDOZA-LEPE. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is removed or excluded from the United States by ICE, or deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that MENDOZA-LEPE had been removed and deported on the date indicated on the Warrant of Removal/Deportation found in MENDOZA-LEPE's DHS A-File and described above. The ICE computer indices further indicated that MENDOZA-LEPE had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States legally since MENDOZA-LEPE had last been deported.

    9. Based on my review of MENDOZA-LEPE's DHS A-File, I determined that his A-File does not contain any record of his ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to legally re-enter the United States. Based on my training

and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in MENDOZA-LEPE's DHS A-File.

## IV. CONCLUSION

10. For all the reasons described above, there is probable cause to believe that ALONSO MENDOZA-LEPE has violated Title 8, United States Code, Sections 1326(a) and (b)(2), Illegal Alien Found in the United States Following Deportation.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 11th day of
June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE